Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**FILED**
CLERK, U.S. DISTRICT COURT

MAY 26 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

__CENTRAL__ District of __CALIFORNIA__

ELMER   LLEWYN SANDERS

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **2:23-CV-04302-FLA-PDx**

*(to be filled in by the Clerk's Office)*

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

NIKE, INC.
Victoria's Secret & Company
LULULEMON
UNDER ARMOUR, Inc.

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Elmer L. Sanders |
| Street Address | 5104 Denny Avenue |
| City and County | North Hollywood, Los Angeles County |
| State and Zip Code | California, 91601 |
| Telephone Number | (818) 679-4704 |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | NIKE, Inc. |
| Job or Title *(if known)* | Corporation |
| Street Address | One Bowerman Drive |
| City and County | Beaverton, OR   97005   (Couny: Washington ) |
| State and Zip Code | Oregon, 97005 |
| Telephone Number | (503) 986-5500 |
| E-mail Address *(if known)* | www.washingtoncountyor.gov |

**Defendant No. 2**

| | |
|---|---|
| Name | VICTORIA'S SECRET & COMPANY |
| Job or Title *(if known)* | Corporation |
| Street Address | Four Limited Parkway |
| City and County | Reynoldsburg, (County:          ) |
| State and Zip Code | Ohio, 43068 |
| Telephone Number | (614) 322-6800 |
| E-mail Address *(if known)* | www.washingtoncountyor.gov/ |

**Defendant No. 3**

| | |
|---|---|
| Name | LULULEMON, Inc. |
| Job or Title *(if known)* | Corporation |
| Street Address | 2201 140th Avenue |
| City and County | East Summner, (County: Pierce ) |
| State and Zip Code | Summner, WA 98390 |
| Telephone Number | (253) 798-6150 |
| E-mail Address *(if known)* | www.piercecountywa.gov/669/Sumner |

**Defendant No. 4**

| | |
|---|---|
| Name | UNDER ARMOUR, Inc, |
| Job or Title *(if known)* | Corporation |
| Street Address | 1020 Hull Street |
| City and County | Baltimore, (County: Baltimore ) |
| State and Zip Code | Maryland,   21230 |
| Telephone Number | (410) 887-2450 |
| E-mail Address *(if known)* | www.baltimorecountymd.gov/ |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* NIKE, Inc. , is incorporated under

the laws of the State of *(name)* OREGON , and has its

principal place of business in the State of *(name)* .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* OREGON .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* **✱ Additional Defendant's pg. 4a.**

3.  The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 50,000,000   (+)

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PLAINTIFF, Elmer L. Sanders as owner of Patent No. US7731564B2 has become aware that the named defendnt's have produced and are producing for sale garments that use the patented designs of plaintiff in violation of USCS §271. All named defendants were notified of patent and their infringement by letter on March 27, 2023. (SEE Attached)

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages in the amount of $50,000,000 (50 Million dollars) is sought inclusive of punitive and or exemplary damages due to failure to contact Plaintiff after actual notice and continued and ongoing manufacture and sale of the patent infringed clothing.

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X]  Federal question        [ ]  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

35 USCS §271

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

     a.     If the plaintiff is an individual

          The plaintiff, *(name)* _____ , is a citizen of the
          State of *(name)* _____ .

     b.     If the plaintiff is a corporation

          The plaintiff, *(name)* _____ , is incorporated
          under the laws of the State of *(name)* _____ ,
          and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the
same information for each additional plaintiff.)*

2.     The Defendant(s)

     a.     If the defendant is an individual

          The defendant, *(name)* _____ , is a citizen of
          the State of *(name)* _____ .  Or is a citizen of
          *(foreign nation)* _____ .

Page 3 of 5

ADDITIONAL DEFENDANT'S (Cont'd, p.3, B.2. (b)


The defendant, Victoria's Secret & Company is incorporated in the State of Oregon
in the United States of America under their laws, and has its principal place  of
business in the State of Oregon.

The defendant, LULULEMON, Inc. is incorporated in the State of Washington in the
United States of America, and has its principal place of business in the state
of Washington.

The defendant, UNDER ARMOUR, Inc. is incorporated in the state of Maryland in
the United States of America, and has its principal place of business in the
state of Maryland.


* Plaintiff, Elmer L. Sanders reserves the right to add additional defendants
as they become known.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5/24/23

Signature of Plaintiff

Printed Name of Plaintiff    ELMER L. SANDERS

### B.     For Attorneys

Date of signing:   _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____



#1190 1451 Woodruff Rd Suite 1
Greenville, SC 29607
Phone: 864-501-2247
Email: casandria@mrc-makinrealconnections.com
Website: www.mrc-makinrealconnections.com

March 27, 2023

Melinda (Mel) McAfee
Chief Human Resources Officer and Chief Legal Officer
Victoria's Secret & Co. World Headquarters.
Four Limited Parkway
Reynoldsburg, OH 43068.

Re: Patent Infringement Warning

Dear Melinda (Mel) McAfee,

I am writing to you on behalf of our client El L. Sanders the owner of Patent No.US7731564B2; a creation/design for the use of a memory foam insert in bras, camisoles, shorts, and briefs.  It has come to our attention that your company has produced and is currently selling sport bras that significantly infringe upon our client's patent that t consists of memory foam technology; more specifically designed to limit and prevent the bouncing motion through the breast area during rigorous athletic and/or any other activity.

This unique bra invention conforms and molds itself to the individual's shape and figure; thereby, allowing for a comfortable  carriage of support and secure fit for women's sports & active lifestyles. Ultimately, this product design provides a high level of support and comfort during physical activity, as well as, contributes to overall women's breast health and wellness.

We have reviewed the wireless molded cup for stabilized support, separation, & bounce Sports Bras and Cami's sold by **Victoria's Secret** and found it contains identical design elements as our client's Patent No.US7731564B2; **as a result, we demand that you immediately cease the manufacture and sale of this infringing product.**  In addition, we require that you pay a portion of the sales of these sports bras to the aforementioned owner of Patent No.US7731564B2, as compensation for your infringement.

We ask that you respond to this letter within 10 business days with a detailed plan of action to remedy this situation.  Failure to comply with our demands made herein will leave us with no other recourse than to pursue legal action.

We look forward to resolving this issue in a timely and amicable manner.

Sincerely,


Casandria Sanders
Chief Executive Officer
Makin Real Connections, LLC

 

#1190 1451 Woodruff Rd Suite 1
Greenville, SC 29607
Direct Phone: 864-501-2247
Email: casandria@mrc-makinrealconnections.com
Website: www.mrc-makinrealconnections.com

March 27, 2023

Dana Lynch
Deputy General Counsel, IP & Product Compliance
Under Armour, Inc.
1020 Hull Street
Baltimore, MD 21230

Re: Patent Infringement Warning

Dear Dana Lynch,

I am writing to you on behalf of our client El L. Sanders the owner of Patent No.US7731564B2; a creation/design for the use of a memory foam insert in bras, camisoles, shorts, and briefs. It has come to our attention that your company has produced and is currently selling sport bras that significantly infringe upon our client's patent that t consists of memory foam technology; more specifically designed to limit and prevent the bouncing motion through the breast area during rigorous athletic and/or any other activity.

This unique bra invention conforms and molds itself to the individual's shape and figure; thereby, allowing for a comfortable carriage of support and secure fit for women's sports & active lifestyles. Ultimately, this product design provides a high level of support and comfort during physical activity, as well as, contributes to overall women's breast health and wellness.

We have reviewed the SmartForm sport bras sold by Under Armour and found it contains identical design elements as our client's Patent No.US7731564B2; **as a result, we demand that you immediately cease the manufacture and sale of this infringing product.** In addition, we require that you pay a portion of the sales of these sports bras to the aforementioned owner of Patent No.US7731564B2, as compensation for your infringement.

We ask that you respond to this letter within 10 business days with a detailed plan of action to remedy this situation. Failure to comply with our demands made herein will leave us with no other recourse than to pursue legal action.

We look forward to resolving this issue in a timely and amicable manner.

Sincerely,

Casandria Sanders
Chief Executive Officer
Makin Real Connections, LLC





#1190 1451 Woodruff Rd Suite 1
Greenville, SC 29607
Direct Phone: 864-501-2247
Email: casasndria@mrc-makinrealconnections.com
Website: www.mrc-makinrealconnections.com

March 27, 2023

Ann Miller
EVP, Chief Legal Officer
Nike
One Bowerman Drive
Beaverton, OR 97005

Re: Patent Infringement Warning

Dear Ann Miller,

I am writing to you on behalf of our client El L. Sanders the owner of Patent No.US7731564B2; a creation/design for the use of a memory foam insert in bras, camisoles, shorts, and briefs. It has come to our attention that your company has produced and is currently selling sport bras that significantly infringe upon our client's patent that consists of memory foam technology; more specifically designed to limit and prevent the bouncing motion through the breast area during rigorous athletic and/or any other activity.

This unique bra invention conforms and molds itself to the individual's shape and figure; thereby, allowing for a comfortable carriage of support and secure fit for women's sports & active lifestyles. Ultimately, this product design provides a high level of support and comfort during physical activity, as well as, contributes to overall women's breast health and wellness.

We have reviewed the Women's High-Support Padded Sports Bra sold by Nike and find that it contains identical design elements as our client's Patent No.US7731564B2; **as a result, we demand that you immediately cease the manufacture and sale of this infringing product.** In addition, we require that you pay a portion of the sales of these sports bras to the aforementioned owner of Patent No.US7731564B2, as compensation for your infringement.

We ask that you respond to this letter within 10 business days with a detailed plan of action to remedy this situation. Failure to comply with our demands made herein will leave us with no other recourse than to pursue legal action.

We look forward to resolving this issue in a timely and amicable manner.


Sincerely,


Casandria Sanders
Chief Executive Officer
Makin Real Connections, LLC

 

#1190 1451 Woodruff Rd Suite 1
Greenville, SC 29607
Direct Phone: 864-501-2247
Email: casasndria@mrc-makinrealconnections.com
Website: www.mrc-makinrealconnections.com

March 27, 2023

Shannon Higginson
SVP, General Counsel & Chief Compliance Officer
Lululemon, Inc.
2201 140th Avenue
East Summner, WA 98390

Re: Patent Infringement Warning

Dear Shannon Higginson,

I am writing to you on behalf of our client El L. Sanders the owner of Patent No.US7731564B2; a creation/design for the use of a memory foam insert in bras, camisoles, shorts, and briefs.  It has come to our attention that your company has produced and is currently selling sport bras that significantly infringe upon our client's patent that t consists of memory foam technology; more specifically designed to limit and prevent the bouncing motion through the breast area during rigorous athletic and/or any other activity.

This unique bra invention conforms and molds itself to the individual's shape and figure; thereby, allowing for a comfortable  carriage of support and secure fit for women's sports & active lifestyles. Ultimately, this product design provides a high level of support and comfort during physical activity, as well as, contributes to overall women's breast health and wellness.

We have reviewed the Support Sport Bras sold by Lululemon and find that it contains identical design elements as our client's Patent No.US7731564B2; **as a result, we demand that you immediately cease the manufacture and sale of this infringing product.**  In addition, we require that you pay a portion of the sales of these sports bras to the aforementioned owner of Patent No.US7731564B2, as compensation for your infringement.

We ask that you respond to this letter within 10 business days with a detailed plan of action to remedy this situation.  Failure to comply with our demands made herein will leave us with no other recourse than to pursue legal action.

We look forward to resolving this issue in a timely and amicable manner.

Sincerely,

Casandria Sanders
Chief Executive Officer
Makin Real Connections, LLC



US007731564B2

## (12) United States Patent

### Sanders

| | |
|---|---|
| (10) Patent No.: | **US 7,731,564 B2** |
| (45) Date of Patent: | **Jun. 8, 2010** |

(54) **UNDERGARMENT WITH MEMORY FOAM INSERT**

(76) Inventor: **El L. Sanders**, 11271 Ventura Blvd., Suite 136, Studio City, CA (US) 91604

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/171,272**

(22) Filed: **Jul. 10, 2008**

(65) **Prior Publication Data**

US 2010/0005569 A1      Jan. 14, 2010

(51) **Int. Cl.**
*A41C 3/00*      (2006.01)

(52) **U.S. Cl.** .......................................... **450/54**; 450/39

(58) **Field of Classification Search** .................... 450/1, 450/36, 38, 39, 54–58, 92, 93, 60, 61, 66, 450/74, 75; 2/244, 246
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,882,549 | A | * | 5/1975 | Gaburo | .......................... 2/244 |
| 4,217,905 | A | * | 8/1980 | Atwater et al. | ................. 450/74 |

| | | | | | |
|---|---|---|---|---|---|
| 4,458,684 | A | * | 7/1984 | Frankel | ....................... 450/53 |
| 4,816,005 | A | | 3/1989 | Braaten | |
| 5,769,688 | A | | 6/1998 | Holliday | |
| 6,165,045 | A | | 12/2000 | Miller et al. | |
| 6,805,610 | B2 | | 10/2004 | Luk | |
| 7,179,150 | B2 | | 2/2007 | Luk et al. | |
| 7,192,332 | B2 | * | 3/2007 | Liu | .............................. 450/39 |
| 7,381,113 | B2 | * | 6/2008 | Hori | ........................... 450/55 |
| 7,442,110 | B2 | * | 10/2008 | Gaudet et al. | ................. 450/39 |
| 2003/0181129 | A1 | | 9/2003 | Getman | |
| 2005/0101221 | A1 | | 5/2005 | Abbey et al. | |

* cited by examiner

*Primary Examiner*—Gloria Hale

(57) **ABSTRACT**

Disclosed is a use of a memory foam insert in bras, camisoles, shorts, and briefs. The memory foam insert is designed to limit and prevent the bouncing motion through the breast and gluteal area during rigorous athletic activity. The invention conforms and molds itself to the individual's shape and figure, thereby allowing for a comfortable and secure fit.

**6 Claims, 4 Drawing Sheets**



**Figure 1**





**Figure 2**



Figure 4



Figure 3

Figure 5

US 7,731,564 B2

# UNDERGARMENT WITH MEMORY FOAM INSERT

## FIELD OF INVENTION

This invention relates generally to the field of body support for women. More specifically, this invention relates to supporting, contouring, and controlling the chest and gluteal areas through the use of undergarments with memory foam inserts.

## BACKGROUND

Many women wear sports bras while engaging in athletic activities. These bras are specially designed to withstand the increased wear and tear of exercise, and to support a woman's breasts while they are rapidly moving. In the past, sports bras and support garments had emphasized support, which consequently resulted in a tight fit and flattening of the chest. Some sports bras are not made of a breathable fabric. The present invention seeks to solve these problems, and in doing so, increase the comfort level of the user. The support garments mold themselves to the wearer's body, are breathable and fashionable.

There are several "no-bounce" or foam support undergarments that have previously received patents. None of these prior patents explicitly use memory foam to support the body and keep breasts or gluteals from bouncing. In fact, prior patents simply do not teach a product whose purpose is to use memory foam to support moving parts of the body.

Patents exist for bras with foam layers, U.S. Pat. No. 5,769,688, issued to Holliday, discloses a breast and chest protector comprised of a soft, rubberized foam exterior with a hard, high density plastic internal breast plate. Holliday primarily serves to protect female athletes from impacts caused by engaging in a high degree of bodily movement and physical contact. The function of the soft, rubberized foam exterior is to allow for adequate control of a ball in play, as may be required in soccer. U.S. Pat. Nos. 6,805,610 and 7,179,150, both issued to Luk et al., disclose a molded bra having a core of molded foam and a laminated second foam layer. The purpose of the invention is to reduce the amount of stitching on bras by providing a seamless breast cup construction. These patents are not designed to minimize the amount of bounce, nor do they have foam that molds itself to the body. Patents exist for bras designed to minimize bounce for large women, U.S. Pat. No. 4,816,005, issued to Braaten, discloses a sports bra for larger women, U.S. Pat. No. 6,165, 045, issued to Miller et al, discloses a bra for large breasted, athletic users. Neither of these patents, however, uses memory foam for their support. Miller does have "molded foam," but rather, the lower half of the bra cup covering the wearer's breasts is molded from hot foam. It is not used to cover the entire breast area and shoulders as in the present invention, which uses memory foam throughout the area.

Two published patent applications disclose cushioning for sports bras. U.S. Pub. No. US 2003/0181129 A1, issued to German, discloses a bra pad whose cushioning material may be made out of polyurethane foam, rubber foam or PVC foam. U.S. Pub. No. US 2005/0101221 A1, issued to Abbey et al., discloses cushioning for the spine while performing certain activities such as Pilates. These applications provide cushioning, but do not particularly reduce movement.

Each of the previous prior art does not combine the no-bounce functionality, cushioning molded to the body, and breathable fabric. As such, the prior art is limited in its comfort and quality.

## SUMMARY OF THE INVENTION

The invention can be used by anyone ranging from females engaged in various athletic activities to those looking for everyday body support. The invention is designed to provide the ultimate in comfort, convenience, style, and form-fitting support.

The present invention is unique in that the support garment conforms and molds itself to the body of the wearer, has breathable fabric and does not flatten the supported area.

The fabric used in the invention is a preferably 90% micropoly/10% lycra quick dry functionality fabric, which can keep the user dry and comfortable. Any other stretchable fabric may also be used. The fabric consists of moisture wicks that provide fast evaporation and quickly draw wetness away from the user's skin. It provides both rapid moisture transport and moisture management.

The specialized foam insert is a technology that sculpts and contours to the body to eliminate the bouncing motion within the entire breast area during rigorous activity. Additionally, the insert is specifically designed to reduce the risk of muscle tissue breakdown and depreciation within the breast area.

In one embodiment, the invention comprises a support for the top of a woman's body. It may be in the form of a sports bra or a camisole.

The invention in the form of a sports bra is composed of a memory foam insert, base fabric, elastic band, contrasting trim or binding, stretchable mesh, tagless size and care instructions label and fabric strips, to further support and conceal the memory foam. The invention supports the breasts of a woman while she is engaged in various athletic activities. The memory foam insert is encased within the base fabric throughout the breast area. The foam is present throughout the breast area, including the immediate breast area and shoulder straps. The base fabric surrounds the foam insert. The unique base fabric has UV protection and an antibacterial treatment. This is true in all embodiments of the invention. The elastic band is designed to be comfortable, yet maintain a controlled fit. It supplies the extra stabilizing support for the breast to rest comfortably within the molding technology of the foam insert. It is located along the bottom portion of the bra, with its seam in the center back. The back single layer of stretchable mesh, which forms the back panel of the support top is preferably composed of a ventilated fabric on top of the bra. The mesh is a breathable, stretchable, pliable, durable mini/micro mesh. The stretchable mesh is on the single layer racerback portion and does not cover the base fabric on the side panels. The contrasting trim/binding is a one inch contrasting color fabric that trims the neck, arm hole and breast areas. The tagless size and care instructions label is centered on the inside of the back stretchable neck panel. An overlock and cover stitch is used throughout the bra to bind the elements together. The fabric strip is a matching color fabric on top of the inside right and left side seams to cover, support, and prevent the foam from showing.

The invention in the form of a camisole is composed of a memory foam insert, base fabric, shelf bra, elastic band, shoulder straps, tagless size and care instructions label, and fabric strips to further support and conceal the memory foam. The memory foam insert is encased within the shelf bra. The camisole is made of a single, solid color fabric shelf bra. The memory foam insert is encased within the shelf bra. The front and back panel, with a shelf bra against the breast area. The shelf bra contains the memory foam insert, and supports the breasts. The elastic band is at the bottom of the shelf bra for additional support throughout the breast area. The shoulder straps are positioned at the top over

US 7,731,564 B2

3

the camisole, to go over the shoulders and toward the back of the camisole. They match the color of the camisole main fabric. The tagless size and care instructions label is centered at the top of the camisole's inside back. An overlock and cover stitch are used throughout the camisole to bind the elements of the camisole. The fabric strip is a matching color fabric on top of the inside right and left side seams of the bra to cover, support, and prevent the foam from showing.

In another embodiment, the invention comprises a support for the bottom of a user's body. It may be in the form of a boy short or brief.

A boy short is a larger piece of underwear that is designed to look like shorts. The invention in the form of a boy short is composed of a memory foam insert, base fabric, elastic band, tagless size and care instructions label, and mesh inserts. The memory foam insert is located within the rear and crotch areas of the shorts, to allow for padding when bicycling, rock climbing, and engaging in other rigorous activity. The boy short is made of a breathable fabric. The elastic band is located at the top of the boy short, near a user's belly button. The tagless size and care instructions label is positioned on the left back leg panel of the short. The mesh inserts are small front panel inserts with a ventilated single-layer, stretchable mesh. The mesh inserts are designed to provide zones of comfort and cooling; a customized design of ventilation that places an emphasis on breathability during intense physical activity. An overlock and cover stitch is used throughout the garment to bind together the elements of the boy short.

The invention in the form of a brief is composed of a memory foam insert, base fabric, elastic band, contrasting trim, and tagless size and care instructions label. The memory foam insert is located within the rear and crotch areas of the brief. The brief is made of a breathable fabric. The elastic band is located at the top of the brief. The brief has a contrasting trim throughout the front and leg areas. The tagless size and care instructions label is positioned at the center of the back panel. An overlock and cover stitch are used throughout the garment to bind together the elements of the brief.

In another embodiment, the invention is comprised of a garment for clothing and other sports apparel or equipment. The invention in the form of a garment would support other parts of the body besides the breasts and genitals. It consists of a memory foam insert, base fabric, elastic band, contrasting trim, and tagless size and care instructions label. Various other uses for inserting a layer of the foam into clothing and sports apparel or equipment includes football and baseball helmets; shoulder, hip, and rear end pads; shin guards; and athletic supporters.

The present invention seeks to remedy problems seen in earlier support garments, and to provide additional benefits to the wearer. By contouring to the wearer's body, the present invention is able to do so functionally and fashionably.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front view of the present invention, in a sports bra embodiment.

FIG. 2 is a back view of the present invention, in a sports bra embodiment.

FIG. 3 is a side perspective view of the present invention, in a sports bra embodiment.

FIG. 4 is a view of the foam layer inside the garment.

4

FIG. 5 is an exploded view of the present invention, in a sports bra embodiment.

DRAWINGS—REFERENCE NUMERALS

1 Invention in bra form
2 Base fabric
3 Memory foam insert
4 Elastic band
5 Ventilated mesh
6 Contrasting trim or binding
7 Tagless size and care instructions label
8 Fabric strip
9 Arm holes

DETAILED DESCRIPTION OF THE DRAWINGS

Referring now to the drawings, there is illustrated an invention in the embodiment of a sports bra according to the present invention, the invention being indicated generally by the reference numeral 1. The invention 1 comprises a base fabric 2 in the front and a mesh fabric 5 in the back. The fabrics 2, 5 are attached to each other by a cover stitch and overlay. The foam insert 3 is located between the layers of fabric 2 on the outside front and fabric strip 8 on the inside sides. There is an elastic band 4 at the bottom and contrasting trim 6 on the front and arm holes 9. A tagless size and care instructions label 7 is located at the top center of the inside mesh 5.

Referring to FIG. 1, it can be seen that the invention 1 is comprised predominantly of a continuous piece of base fabric 2 with contrasting trim 6 on the front and around the arm holes 9. The unique base fabric 2 has UV protection and an anti-bacterial treatment. The elastic band 4 at the base of the invention 1 is designed for the user's comfort. It is shown as continuing along the continuous bottom edge of the invention 1. The ventilated mesh 5 located at the back of the invention 1 is designed for breathability and comfort of the user. The tagless size and care instructions label 7 is displayed on the inside of the ventilated mesh 5. The foam insert 3 is located on the front of the invention 1, encased inside the base fabric 2. Fabric strip 8 is a matching color fabric on the top seams to cover the foam insert 3. FIG. 1 also shows how the memory foam 3, which covers the entire chest of the wearer, extends substantially around to a front left side 20 and a front right side 21.

Referring to FIG. 2, it can be seen that the invention 1 has a backside composed mainly of a ventilated mesh 5. Contrasting trim 6 is located on the mesh 5 and around the armholes 9. The elastic band 4 is located at the bottom of the invention 1. The base fabric 2 is also located inside the front of the sports bra. Fabric strips 8 are matching color fabric strips on the top and side seams to cover the foam insert. FIG. 2 also shows how the memory foam, which covers the entire chest of the wearer, extends substantially around to a front left side 20 and a front right side 21.

Referring to FIG. 3, it can be seen that the invention 1 is comprised mostly of a base fabric 2 on the front and a ventilated mesh 5 on the back. Contrasting trim 6 is located at the neck, arm holes 9 and across the front of the invention 1. An elastic band 4 is located at the bottom of the invention 1.

Referring to FIG. 4, it can be seen that the memory foam insert 3 is encased between two layers of base fabric 2. The memory foam insert 3 is shown as a cross section of FIG. 3.

Referring to FIG. 5, it can be seen that the invention 1 is exploded to show the base fabric 2, foam insert 3 and main body of the invention 1. The foam insert 3 is large enough to cover the breast area and shoulders. Contrasting trim 6 is

5

located at the neck, arm holes 9 and across the front of the invention 1. An elastic band 4 is located at the bottom of the invention 1.

In an alternative embodiment, the invention 1 is in the form of a camisole. The camisole is composed of base fabric 2 with thin shoulder straps, encasing a shelf bra. The shelf bra has the same composition as the above described sports bra.

In an alternative embodiment, the invention 1 is in the form of a boy short. The boy short is composed of a base fabric 2. A memory foam insert 3 is encased within the rear and crotch areas of the boy short, for cushioning and support.

In an alternative embodiment, the invention 1 is in the form of a brief. The brief is composed of a base fabric 2. A memory foam insert 3 is encased within the rear and crotch areas of the boy short, for cushioning and support.

In an alternative embodiment, the invention 1 is in the form of a support garment. The garment is designed to support and conform to the body to minimize bouncing of specific body parts.

Although the present invention has been described with reference to preferred embodiments, workers who are skilled in the art will recognize that changes may be made in the form and detail without departing from the spirit and scope of the present invention.

What is claimed is:

1. A supportive undergarment top comprising:

a front portion;

a back portion;

an elastic band; and

a stitching portion;

wherein said elastic band is attached to a bottom of said front portion and a bottom of said back portion, encircles a wearer, and provides stabilizing support for a bust of said wearer and provides a controlled fit for said wearer;

6

wherein said stitching portion connects said front portion, said back portion, and said elastic band to each other;

wherein said front portion is comprised of a memory foam insert, a base fabric, and a contrasting trim;

wherein said memory foam insert is permanently encased within said base fabric; and

wherein said front portion is a single unbroken portion that is an expanse across an entirety of said bust of said wearer.

2. The device of claim 1,

wherein said front portion extends substantially around a left side and a right side of said supportive undergarment top and provides side comfort and support to said wearer.

3. The device of claim 2, further comprising:

a fabric strip;

wherein said fabric is attached to said base fabric at an inside of said supportive undergarment top;

wherein said fabric strip overlays a plurality of connection seams between said front portion and said back portion;

wherein said fabric strip provides support for said memory foam insert at said plurality of connection seams and prevents said memory foam insert from contacting said user when said supportive undergarment is worn by said user.

4. The device of claim 3, wherein said contrasting trim frames a neck hole, frames a plurality of armholes, and vertically frames a bust area of said front portion.

5. The device of claim 4, wherein said base fabric and said contrasting trim are comprised of a material that provides protection from ultraviolet light and is antimicrobial.

6. The device of claim 5, wherein said stitching portion is comprised of an overlock and a supporting stitch.

*   *   *   *   *



ORiGiNAL WEBSiTE Address
JuNE 2008

ORIGINAL 2008 FLYER

# PROOF OF SERVICE BY MAIL

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, ELMER L. SANDERS _____, declare:

I am over 18 years of age and a party to this action. I am a resident of CALIFORNIA _____

_____ Prison,

in the county of LOS ANGELES _____,

State of California. My address is: 5104 DENNY AVENUE, NORTH HOLLYWOOD,

LOS ANGELES, CA   91601 _____

On _____,
                        (DATE)

I served the attached: COMPLAINT FOR CIVIL CASE _____

FEDERAL CIVIL COMPLAINT _____
                        (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid .

The envelope was addressed as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E. Temple Street              ATTN: Civil Filing
Los Angeles, CA 90012
I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on 5/24/23 _____
                (DATE)                    (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22832\1



US POSTAGE
FIRST-CLASS
$1.98
662510849909-
3044
000012885

Santa Clarita PMDC 01-91-1433
WED 24 MAY 2023PM



RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 2 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

United States District Court
Central District of California
255 E. Temple Street
Los Angeles, CA 90012



MRC
Makin' Real Connections

#1190 1451 Woodruff Rd Suite 1
Greenville, SC 29607
Phone: 864-501-2247
Email: info@mrc-makinrealconnections.com
Website: www.mrc-makinrealconnections.com